UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 04-33406 |
|---|---|
| BARBARA ANN PORTIS | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3990200**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | BARBARA ANN PORTIS<br>1505 MACINTOSH CIRCLE<br>TROTWOOD, OH  45426 | 811.25 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 12/10/2009

Certificate of Service        04-33406

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

BARBARA ANN PORTIS
1505 MACINTOSH CIRCLE
TROTWOOD, OH  45426

RICHARD E WEST
195 E CENTRAL AVE
BOX 938
SPRINGBORO, OH  45066

(17.1n)
BENEFICIAL OHIO
BOX 9055
BRANDON, FL  33509

(18.1n)
ECAST SETTLEMENT CORPORATION
BOX 35480
NEWARK, NJ  07193

(15.1n)
STEPHEN D MILES
18 W MONUMENT AVE
DAYTON, OH  45402

Jeffrey M. Kellner BY       /s/ Jeffrey M. Kellner        cs