UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>   BARBARA ANN PORTIS<br><br>                    Debtor | CASE NO: 04-33406<br>         (Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3995147**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | BARBARA ANN PORTIS<br>5917 TROY VILLA BOULEVARD<br>DAYTON, OH  45424 | 113.54 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 1/11/2010

Certificate of Service                                    04-33406

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| BARBARA ANN PORTIS | RICHARD E WEST | (17.1n) |
| --- | --- | --- |
| 5917 TROY VILLA BOULEVARD | 195 E CENTRAL AVE | BENEFICIAL OHIO |
| DAYTON, OH  45424 | BOX 938 | BOX 9055 |
|  | SPRINGBORO, OH  45066 | BRANDON, FL  33509 |

(18.1n)
ECAST SETTLEMENT CORPORATION
BOX 35480
NEWARK, NJ  07193

(15.1n)
STEPHEN D MILES
18 W MONUMENT AVE
DAYTON, OH  45402

Jeffrey M. Kellner BY      ___/s/ Jeffrey M. Kellner_____     cs